NUMBER
13-10-00316-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

BLANCA SOTO,                                                                      APPELLANT,

 

                                                             v.

 

THE UNIVERSITY OF
TEXAS PAN AMERICAN,                   APPELLEE. 

____________________________________________________________

 

                           On
Appeal from the 93rd District Court 

                                       of
Hidalgo County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

                Before
Chief Justice Valdez and Justices Yañez and Garza

Memorandum Opinion
Per Curiam

 








Appellant,
Blanca Soto, perfected an appeal from a judgment entered by the 93rd District
Court of Hidalgo County, Texas, in cause number C-1268-07-B.  Appellant has
filed a motion to dismiss the appeal and requests that this Court dismiss the
appeal.

The
Court, having considered the documents on file and appellant=s motion to dismiss the appeal, is of the opinion that
the motion should be granted.  See Tex.
R. App. P. 42.1(a).  Appellant=s motion to dismiss is granted, and
the appeal is hereby DISMISSED.  Costs will be taxed against appellant. See
Tex. R. App. P. 42.1(d)
("Absent agreement of the parties, the court will tax costs against the
appellant.").  Having dismissed the appeal at appellant=s request, no motion for rehearing will be entertained,
and our mandate will issue forthwith.

PER
CURIAM

Delivered and filed the 

22nd day of July, 2010.